UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTONIO PONCE, ) | |
| ) | |
| Petitioner, ) | Case No. CV 10-5499 DSF (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ADOPTING REPORT AND |
| MR. BOBBY PHILLIPS, ) | RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| Respondent. ) | |
| _____ ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: 1/28/11

*Dale S. Fischer*

_____
Dale S. Fischer
United States District Judge