UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ANTONIO PONCE, | ) | Case No. CV 10-5499-DSF (AJW) |
| Petitioner, | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| MR. BOBBY PHILLIPS, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: 1/28/11

_____
Dale S. Fischer
United States District Judge